FILED US District Court-UT
MAR 01 '23 AM11:38

TRINA A. HIGGINS, United States Attorney (#7349)
THADDEUS J. MAY, Assistant United States Attorney (#11317)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801)-325-3251
tad.may@usdoj.gov

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOELLYNE JONES,<br><br>Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>COUNT 1: 18 U.S.C. § 111(a)<br>Assault on a Federal Officer or Employee<br><br>Case: 2:23-cr-00076<br>Assigned To : Waddoups, Clark<br>Assign. Date : 2/28/2023 |

The Grand Jury Charges:

### COUNT 1
### 18 U.S.C. § 111(a)(1)
### (Assault on a Federal Officer or Employee)

On or about January 31, 2023, in the District of Utah,

JOELLYNE JONES,

defendant herein, did intentionally, forcibly assault, resist, oppose, impede, intimidate, and

interfere with a person known to the Grand Jury and identified by the initials V.M. and

designated in 18 U.S.C. § 1114, specifically an officer and employee of the United States

and of any agency in any branch of the United States Government, to wit: the United

States Bureau of Indian Affairs Corrections Officer, while the officer was engaged in and on account of the performance of official duties, and such acts involved physical contact with V.M.; all in violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
THADDEUS MAY
Assistant United States Attorney